IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RICHARD A. PRIESTER,

    Plaintiff,

v.

WARE COUNTY JAIL; RALPH PITTMAN; Officer BUCKNER; Officer ROWE; Officer BROOKER; Officer BARNHILL; and Officer CURRY,

    Defendants.

CIVIL ACTION NO.: CV510-072

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asks that the Ware County Jail remain a Defendant in this case. As noted in the Magistrate's Report, penal institutions are not considered legal entities subject to suit.

Plaintiff's Objections are without merit and are **OVERRULED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The claims against the Ware County Jail and Officer Rowe are **DISMISSED**

**SO ORDERED**, this 15 day of December, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)